IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PEGGY JONES                                                                                                       PLAINTIFF

v.                                            NO. 4:19-CV-00234-JM

LARRY JEGLEY, Prosecuting Attorney For Pulaski County,
In His Official Capacity;
SYBAL JORDAN HAMPTON, In Her Official Capacity As A
Member Of The Arkansas Ethics Commission;
TONY JUNEAU, In His Official Capacity As A Member Of The
Arkansas Ethics Commission;
ASHLEY DRIVER YOUNGER, In Her Official Capacity As A
Member Of The Arkansas Ethics Commission;
ALICE L. EASTWOOD, In Her Official Capacity As A Member
Of The Arkansas Ethics Commission;
LORI KLEIN, In Her Official Capacity As A Member Of The
Arkansas Ethics Commission                                                                            DEFENDANTS

## SUPPLEMENTAL REPLY IN SUPPORT OF PLAINTIFF'S MOTION
## FOR PRELIMINARY INJUNCTION

During the June 12, 2019 hearing on Plaintiff's Motion for Preliminary Injunction, the Court asked Plaintiff to provide specific detail regarding an actual candidate that she wishes to support during the 2022 election. Plaintiff has therefore provided the attached supplemental affidavit, which states that she wishes to support Arkansas State Senator Mark Johnson for re-election in 2022. (Supp. Aff. ¶ 4.) Plaintiff supported Senator Johnson during the 2018 election, and has been told by Senator Johnson that he is running for re-election in 2022. (Supp. Aff. ¶¶ 4-5.) Plaintiff wishes to contribute money immediately to Senator Johnson's 2022 campaign, but is currently prevented from making any such contribution until May 2020 by the Blackout Period. (Supp. Aff. ¶ 5.) Plaintiff has not donated money to Senator Johnson for the 2022 campaign in order to avoid exposing either of them to civil or criminal liability. (Supp. Aff. ¶ 5.) As a result of these allegations, Plaintiff has standing to challenge the Blackout Period for the reasons stated in her prior briefing.

1

        QUATTLEBAUM, GROOMS & TULL PLLC
        111 Center Street, Suite 1900
        Little Rock, Arkansas 72201
        Telephone: (501) 379-1700
        Facsimile: (501) 379-1701
        jtull@qgtlaw.com
        cpekron@qgtlaw.com
        ckeller@qgtlaw.com
        bford@qgtlaw.com

        By: <u>Chad W. Pekron</u>
            John E. Tull III (84150)
            Chad W. Pekron (2008144)
            Christoph Keller (2015145)
            Brittany S. Ford (2018102)

        *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PEGGY JONES                                                                                           PLAINTIFF

v.                                              No. 4:19-cv-00234-JM

LARRY JEGLEY, Prosecuting Attorney For Pulaski County,
In His Official Capacity;
SYBAL JORDAN HAMPTON, In Her Official Capacity As A
Member Of The Arkansas Ethics Commission;
TONY JUNEAU, In His Official Capacity As A Member Of The
Arkansas Ethics Commission;
ASHLEY DRIVER YOUNGER, In Her Official Capacity As A
Member Of The Arkansas Ethics Commission;
ALICE L. EASTWOOD, In Her Official Capacity As A Member
Of The Arkansas Ethics Commission;
LORI KLEIN, In Her Official Capacity As A Member Of The
Arkansas Ethics Commission                                                                        DEFENDANTS

## AFFIDAVIT OF PEGGY JONES

I, Peggy Jones, do hereby state the following under oath:

1.  I am a resident of Pulaski County, Arkansas.

2.  I have been involved in politics throughout my life, including by contributing money to political candidates.

3.  I have identified a number of candidates that I wish to encourage to run for state office in Arkansas during the 2022 election cycle. I would like to make campaign contributions to these candidates in order to show my support for them.

4.  Among the candidates that I wish to support is State Senator Mark Johnson, who is up for re-election in 2022. I recently had a conversation with Senator Johnson in which he told me that he is running for re-election to the Arkansas State Senate in the 2022 election.

5.  I donated to Senator Johnson's 2018 campaign and would immediately make a contribution to his 2022 campaign if not for the Blackout Period. Due to the Blackout Period in Arkansas, I am not allowed to make any contributions to Senator Johnson's campaign until May

1

2020. Absent the Blackout Period, I would make my contribution to Senator Johnson's campaign as soon as possible, but am unwilling to expose either myself or Senator Johnson to criminal or civil liability by making a contribution in violation of the Blackout Period.

Further, the Affiant sayeth not.

*Peggy Jones*
Peggy Jones

## ACKNOWLEDGMENT

STATE OF ARKANSAS  )
                    )
COUNTY OF PULASKI   )

On this day, before me, a Notary Public duly commissioned, qualified and acting within and for said County and State, appeared in person Peggy Jones, to me personally well known, who stated that she had so signed, executed and delivered said foregoing instrument for the consideration, uses and purposes herein mentioned and set forth.

IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this 13th day of June, 2019.

*Gayla R. Smith*
Notary Public

My Commission Expires:

9/20/2024

[SEAL: GAYLA SMITH, Saline County, My Commission Expires Sept. 20, 2024, Commission # 12400915]

2