IN THE UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PEGGY JONES**                                                                                      **PLAINTIFF**

V.                                              **4:19CV00234 JM**

**LARRY JEGLEY, et al,**                                                                    **DEFENDANTS**

## ORDER

Plaintiff has provided the Court with an affidavit stating that she wishes to support Arkansas State Senator Mark Johnson for re-election in 2022. The Court finds that Plaintiff has standing to bring this case.

For all the reasons stated on the record on June 12, 2019, the Court finds that Plaintiff has established a likelihood of success on the merits of her case. *See Minnesota Citizens Concerned for Life, Inc. v. Swanson,* 692 F.3d 864, 870 (8th Cir. 2012) (en banc) ("When a plaintiff has shown a likely violation of his or her First Amendment rights, the other requirements for obtaining a preliminary injunction are generally deemed to have been satisfied.").

Plaintiff's motion for preliminary injunction (ECF No. 13) is GRANTED. Defendants are enjoined from enforcing Ark. Code Ann. § 7-6-203(e) during the pendency of this matter.

IT IS SO ORDERED this 17th day of June, 2019.

_____
James M. Moody Jr.
United States District Judge