IN THE UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PEGGY JONES                                                                  PLAINTIFF

V.                                    4:19CV00234 JM

LARRY JEGLEY, et al,                                                       DEFENDANTS

## ORDER

Pursuant to the opinion and judgment of the Court of Appeals for the Eighth Circuit on January 27, 2020, the stay of the preliminary injunction entered by this Court is lifted. Defendants are enjoined from enforcing Ark. Code Ann. § 7-6-203(e) during the pendency of this matter. Defendants have until March 13, 2020 to file a response to Plaintiff's motion for leave to amend the Complaint.

Plaintiff's motion to lift the stay (ECF No. 48) is GRANTED. Mr. Pekron's motion to withdraw as counsel for the Plaintiff (ECF No. 53) is GRANTED.

IT IS SO ORDERED this 3rd day of March, 2020.

_____
James M. Moody Jr.
United States District Judge