IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PEGGY JONES and MARK JOHNSON                                          PLAINTIFFS

v.                                      No. 4:19-CV-00234-JM

LARRY JEGLEY, *et al*                                                 DEFENDANTS

## ORDER

On June 17, 2019, I granted Plaintiffs' Motion for Preliminary Injunction, enjoining Defendants from enforcing Ark. Code. Ann. § 7-6-203(e), which provides that "[i]t shall be unlawful for any candidate for public office, any person acting in the candidate's behalf, or any exploratory committee to solicit or accept campaign contributions more than two (2) years before an election at which the candidate seeks nomination or election." The Court of Appeals for the Eighth Circuit affirmed the order on January 27, 2020, and entered a mandate on February 19, 2020. The parties have informed me that no new evidence will be presented, and a final order could be entered based on the current record. Accordingly, the terms of this Court's preliminary injunction dated June 17, 2019, are hereby made permanent for the reasons stated therein.

Any motion for fees and costs is due within 14 days of this Order.

IT IS SO ORDERED this 19th day of May, 2020.

_____
James M. Moody Jr.
United States District Judge