IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PEGGY JONES and MARK JOHNSON                                              PLAINTIFFS

v.                             CASE NO. 4:19-cv-00234-JM

LARRY JEGLEY, *et al.*                                                    DEFENDANTS

## SATISFACTION OF JUDGMENT

The judgment entered in this cause on July 23, 2020, in favor of Plaintiffs Peggy Jones and Mark Johnson is satisfied in full as of this 12th day of August, 2020. The clerk of the court, by any deputy, is authorized to enter this satisfaction of judgment by marginal endorsement on behalf of the Plaintiffs and its attorneys.

        John E. Tull III (84150)
        Christoph Keller (2015145)
        Brittany S. Ford (2018102)
        QUATTLEBAUM, GROOMS & TULL PLLC
        111 Center Street, Suite 1900
        Little Rock, Arkansas 72201
        Telephone:   (501) 379-1700
        Facsimile:   (501) 379-1701
        jtull@qgtlaw.com
        ckeller@qgtlaw.com
        bford@qgtlaw.com

        *Attorneys for Plaintiffs*